J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR**
**MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KORYO TYRES INDUSTRIAL (CHINA) LTD., and KORYO INTERNATIONAL INDUSTRIAL LIMITED, <br><br> Defendants. | CASE NO: 2:14-cv-00355-JCM-NJK |

**FINAL JUDGMENT**
**AND PERMANENT INJUNCTION**

By and with the consent of Plaintiff BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC and Defendants KORYO TYRES INDUSTRIAL (CHINA) LTD. and KORYO INTERNATIONAL INDUSTRIAL LIMITED, the Court enters the following final judgment and permanent injunction:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims because those claims form part of the same case or

1 controversy. This court has personal jurisdiction over the parties, and venue is proper in this
2 District pursuant to 28 U.S.C. § 1391(b) and (c).

3   2.   Good cause exists for the entry of this Final Judgment and Permanent Injunction
4 against Defendants.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

A.   Defendants, their related companies, officers, directors, employees, agents, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from:

Using, registering, or attempting to use or register (directly or indirectly) the BGSTONE name or mark; the BGSTONE Logo; any name or mark comprised of or containing the letter "B" followed by a number, numbers, letter, letters, or combination of numbers and letters—including but not limited to the Infringing B Marks; any variations thereof; and/or any other term(s), stylization(s), or design(s) likely to be confused with or to dilute any name or mark owned by Bridgestone or its related companies in any form (e.g., as, or as part of, a product name or logo, company name or logo, trademark, service mark, ornamentation, trade name, business name, fictitious name, slogan, tagline, domain name, favicon, e-mail address, URL, social-media name, screen name, keyword, metatag, or other name or identifier), in any medium (e.g., print, television, radio, Internet, or other electronic or online means), for any goods or services.

**IT IS SO ORDERED** October 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

# **STIPULATION**

The undersigned represent that they have the authority to stipulate to the entry of the foregoing Final Judgment and Permanent Injunction, and it is so stipulated.

For Plaintiff:

_[signature]_                                         Date: ___October 14, 2015____

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
ALVERSON, TAYLOR MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax

Of counsel:
DOUGLAS A. RETTEW, ESQ.
DANNY M. AWDEH, ESQ.
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
202-408-4000 Phone
202-408-440 Fax

For Defendants:

     _/s/ Gary F. Wang_                               Date: ___October 14, 2015____
GARY F. WANG
THE LAW OFFICES OF GARY F. WANG
215 N Marengo Ave
Suite 352
Pasadena, CA 91101
626-478-1550 Phone

KNW 20985